## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| VIKTOR KUZNIETSOV, | |
| *Plaintiff,* | |
| v. | Civil Action No.: 5:24-cv-00346-TES |
| WAL-MART STORES EAST, LP; WAL-MART REAL ESTATE BUSINESS TRUST; AUSTIN STEVENSON; SIGNAL 88, LLC d/b/a SIGNAL 88 SECURITY; SIGNAL OF MIDDLE GEORGIA, LLC f/k/a SIGNAL 88 SECURITY OF MIDDLE GEORGIA, LLC; and JOHN DOES 1 – 5. | |
| *Defendants* | |

## CONSENT REMAND ORDER

This matter is before the Court of the parties' *Joint Consent Motion to Remand.* [Doc. 2]. After review of the pleadings in this case and considering the parties' consent, the Court finds that the motion should be granted.

It is **ORDERED** that the parties' *Joint Consent Motion to Remand* [Doc. 2] is **GRANTED** and the case is hereby **REMANDED** to the State Court of Bibb County, Georgia.

SO ORDERED, this  12th  day of October 2024.

s/Tilman E. Self, III
_____
Tilman E. Self, III, Judge
United States District Court