IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **VICTOR KUZNIETSOV**, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00346-TES |
| | * |
| **WAL-MART STORES EAST LP et al.**, | |
| | * |
| Defendants. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated October 12, 2024, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the State Court of Bibb County, Georgia.

This 15th day of October, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk